SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JEREMY HOLLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA HIDALGO D/B/A LA AUTO PAINT SUPPLIES; OSCAR DESIDERIO FAUSTINO; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-02595-MAR<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: November 5, 2025<br>Time: 11:00 a.m.<br>Courtroom: 790, 7th Floor<br><br>Honorable Judge Margo A. Rocconi |

　　　　To Defendants JOSHUA HIDALGO D/B/A LA AUTO PAINT SUPPLIES; OSCAR DESIDERIO FAUSTINO; and the attorneys of record, if any: Please take notice that on November 5, 2025, at 11:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 255 E. Temple Street, Los Angeles, California, Plaintiff JEREMY HOLLAND will present Plaintiff's motion for default judgment against Defendants JOSHUA HIDALGO D/B/A LA AUTO PAINT SUPPLIES and OSCAR DESIDERIO FAUSTINO. The Clerk has previously entered the default on said Defendants on June 26, 2025 (Dkt. #13).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants JOSHUA HIDALGO D/B/A LA AUTO PAINT SUPPLIES and OSCAR DESIDERIO FAUSTINO are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants JOSHUA HIDALGO D/B/A LA AUTO PAINT SUPPLIES and OSCAR DESIDERIO FAUSTINO have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,595.00 in attorney's fees, and $708.14 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 3260 E. Gage Ave., Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants JOSHUA HIDALGO D/B/A LA AUTO PAINT SUPPLIES and OSCAR DESIDERIO FAUSTINO on October 2, 2025, by first class United States Mail, postage prepaid.

Dated: October 2, 2025　　　　　　　　　**SO. CAL. EQUAL ACCESS GROUP**

By:　_/s/ Jason J. Kim_
　　　Jason J. Kim, Esq.
　　　Attorneys for Plaintiff